U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Howard Florey Institute, et al.

vs.

Jonathan W. Dudas, Under Secretary of Commerce and Director of the United States Patents and Trademark Office

No. 1:07-CV-00545   RCL

**AFFIDAVIT OF SERVICE**

**RECEIVED**
APR 3 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

to wit: Washington, DC

    I, MICHAEL R. REEDER, having been duly authorized to make service of the Summons, Initial Electronic Case Filing Order, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint and Exhibit 1 in the above entitled case, hereby depose and say:

    That my date of birth / age is 08-30-1976.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 1:59 pm on March 23, 2007, I served Jonathan W. Dudas, Under Secretary of Commerce and Director of the United States Patents and Trademark Office at Office of the General Counsel, 600 Dulany Street, Room 10B20, Alexandria, Virginia 22314 by serving Patricia Beck, Secretary to Deputy General Counsel, authorized to accept. Described herein:

    SEX-    FEMALE
    AGE-    50
    HEIGHT-  5'6"
    HAIR-   BLONDE
    WEIGHT-  240
    RACE-   WHITE

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on 3/26/07
           Date

MICHAEL R. REEDER
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 185551

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Howard Florey Institute, et al.

vs.

Jonathan W. Dudas, Under Secretary of Commerce and Director of the United States Patents and Trademark Office

No. 1:07-CV-00545

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

RECEIVED
APR 3 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons, Initial Electronic Case Filing Order, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint and Exhibit 1 in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1971.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 12:28 pm on March 23, 2007, I served Alberto R. Gonzales, Attorney General at Office of the Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001 by serving Willo T. Lee, Mailroom Clerk, authorized to accept. Described herein:

```
    SEX-    FEMALE
    AGE-    50
 HEIGHT-    5'6"
   HAIR-    BLACK/BROWN
 WEIGHT-    160
   RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on 3-23-07
             Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 185553

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Howard Florey Institute, et al.

vs.

Jonathan W. Dudas, Under Secretary of Commerce and Director of the United States Patents and Trademark Office

No. 1:07-CV-00545

**AFFIDAVIT OF SERVICE**

RECEIVED
APR 3 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

to wit: Washington, DC

I, VINCENT A. PIAZZA, having been duly authorized to make service of the Summons, Initial Electronic Case Filing Order, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint and Exhibit 1 in the above entitled case, hereby depose and say:

That my date of birth / age is 08-29-1969.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 11:00 am on March 23, 2007, I served Jeffrey A. Taylor at United States Attorney's Office for the District of Columbia, 501 3rd Street, NW, Washington, DC 20001 by serving Brenda Jones, Civil Litigation Assistant, authorized to accept. Described herein:

```
SEX-     FEMALE
AGE-     50
HEIGHT-  5'5"
HAIR-    BLACK
WEIGHT-  140
RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  3/23/07
            Date

VINCENT A. PIAZZA
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 185554