UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HOWARD FLOREY INSTITUTE, *et al.*,  )<br>  )<br>    Plaintiffs,  )<br>  )<br>    v.  )<br>  )<br>JONATHAN W. DUDAS,  )<br>Under Secretary of Commerce and  )<br>Director of the U.S. Patents and  )<br>Trademark Office  )<br>  )<br>    Defendants.  )<br>  ) | Civil Action No. 07-545 (RCL) |

**ORDER TRANSFERRING ACTION**
**TO THE EASTERN DISTRICT OF VIRGINIA, ALEXANDRIA DIVISION**

Plaintiffs have filed what they call an unopposed motion for transfer. Defendant has not appeared nor has he or his counsel signed any evidence of consent.

Plaintiffs have filed proof of service on defendant, but have not yet sought default, although time for a response expired on May 22, 2007.

With some hesitation, the Court will GRANT plaintiffs' motion because this case is at such an early stage, and leave to the transferee Court these comments. Accordingly, pursuant to 28 U.S.C. § 1404, for the convenience of the parties and witnesses, and in the interests of justice, the above styled civil action is ordered TRANSFERRED to the Eastern District of Virginia, Alexandria Division.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, July 10, 2007.